AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        Signature of Server

_____
                        Address of Server

*[handwritten]:* Service accepted.
Kotin, Crabtree & Strong, LLP
By: *[signature]* Abbott Reichlin, Partner 9/12/05
Abbott E. Reichlin

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

WESTPORT INSURANCE CORPORATION

**SUMMONS IN A CIVIL ACTION**

V.

RICHARD C. HEIDLAGE; KOTIN, CRABTREE AND STRONG, LLP;
CHARLES N. ZALIS, INDIVIDUALLY;
CHARLES N. ZALIS, IN HIS CAPACITY AS
GENERAL PARTNER OF THE CHARLES N. ZALIS
FAMILY LIMITED PARTNERSHIP; and
NORTH AMERICAN UNDERWRITING MANAGERS, INC.

CASE NUMBER:

**05 CV 11780 NMG**

TO: (Name and address of Defendant)

Koltin, Crabtree and Strong, LLP
One Bowdoin Square
Boston, MA 02114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Bolotin, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617-439-7500

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK



8-29-05

DATE

(By) DEPUTY CLERK