UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 05CV11780NMG

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD C. HEIDLAGE; KOTIN, | ) |
| CRABTREE AND STRONG, LLP; | ) |
| CHARLES N. ZALIS, individually; | ) |
| CHARLES N. ZALIS, in his capacity as | ) |
| General Partner of the CHARLES N. | ) |
| ZALIS FAMILY LIMITED PARTNERSHIP; | ) |
| and NORTH AMERICAN | ) |
| UNDERWRITING MANAGERS, INC., | ) |
| | ) |
| Defendants. | ) |

**ASSENTED-TO MOTION OF KOTIN, CRABTREE &
STRONG, LLP. TO ENLARGE TIME TO ANSWER COMPLAINT**

The defendant, Kotin, Crabtree & Strong, LLP, hereby moves to enlarge the time within which it has to respond to the Complaint up to and including October 17, 2005.

By its attorneys,

Assented to:

_Steven J. Bolotin / NMK per email authm 9/28/05_
Steven J. Bolotin
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

Attorneys for Plaintiff
Westport Insurance Corporation

_Nicholas M. Kelley_
Nicholas M. Kelley, BBO#265640
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031