## LONG ARM AFFIDAVIT OF SERVICE OF STEVEN J. BOLOTIN, REGARDING SERVICE OF COMPLAINT UPON CHARLES N. ZALIS, AGENT FOR NORTH AMERICAN UNDERWRITING MANAGERS, INC.

I, Steven J. Bolotin, of the law firm of Morrison Mahoney LLP, attorneys for the plaintiff, Westport Insurance Corporation, in the above-captioned action hereby certify, under the pains and penalties of perjury, that I have taken the following steps to serve the defendant, Charles N. Zalis, as Agent for North American Underwriting Managers, Inc., under the provisions of Massachusetts General Laws, c.233A as amended and the Federal Rules of Civil Procedure.

1. On September 28, 2005, I sent a copy of the Complaint and Summons, ("the process") to Mr. Charles N. Zalis, 3603 Bridge Raod, Cooper City, FL 33026, via Certified mail, Return Receipt Requested. The letter and return receipts signed by a representative of Charles N. Zalis is attached as Exhibit "A".

2. Therefore, Charles N. Zalis, as agent for North American Underwriting Managers, Inc., has been served, with the summons and complaint, in accordance with the Massachusetts Long Arm Statute and M.R.C.P. 4.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5th DAY OF OCTOBER, 2005.

_____
STEVEN J. BOLOTIN

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

WESTPORT INSURANCE CORPORATION

## SUMMONS IN A CIVIL ACTION

V.

RICHARD C. HEIDLAGE; KOTIN, CRABTREE AND STRONG, LLP;
CHARLES N. ZALIS, INDIVIDUALLY;
CHARLES N. ZALIS, IN HIS CAPACITY AS
GENERAL PARTNER OF THE CHARLES N. ZALIS FAMILY
LIMITED PARTNERSHIP and
NORTH AMERICAN UNDERWRITING MANAGERS, INC.

CASE NUMBER:

**05 CV 11780 NMG**

TO: (Name and address of Defendant)

North American Underwriting Managers, Inc.
3603 Bridge Road
Cooper City, FL 33026

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Bolotin, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617-439-7500

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON                9/28/05

CLERK                            DATE

(By) DEPUTY CLERK

# EXHIBIT A

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

Steven J. Bolotin
Direct Dial: 617-737-8878
Direct Fax: 617-342-4943
sbolotin@morrisonmahoney.com

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD
NEW YORK
NEW YORK
NEW JERSEY
PARSIPPANY
ENGLAND
LONDON

September 28, 2005

*Certified Mail*
*Return Receipt Requested*
*No. 7000 1670 0011 7515 5280*

Charles N. Zalis
3603 Bridge Road
Cooper City, FL 33026

Re:    Westport Insurance Corporation
Vs:    Richard C. Heidlage, Koltin, Crabtree and Strong, LLP, Charles N. Zais, Individually and as General Partner of Charles N. Zalis Family Limited Partnership and North American Underwriting Managers, Inc.
       Our File: 10019858

Dear Mr. Zalis:

Pursuant to the provisions of Massachusetts General Laws, Chapter 223A, et seq., and the applicable provisions of Fed. R. Civ. P. 4(e), enclosed herewith please find a copy of a Summons together with a copy of the Complaint and Civil Cover Sheet which has been duly filed in the United States District Court, District of Massachusetts concerning the above-captioned case.

Please take notice that in accordance with this Summons and service of process, you have twenty (20) days after receipt of this Summons and Complaint, exclusive of the day you receive same, within which to file your Answer to this Complaint.

This service of process is made in conjunction with the Long-Arm Statute for service upon out of state defendants.

**MORRISON MAHONEY LLP**

September 28, 2005
Page 2

      In order that you may be properly protected in this action, please refer this matter to the immediate attention of your legal representative.

                              Very truly yours,

                              Steven J. Bolotin

SJB:sw
Enclosure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Charles N Zalis
    3603 Bridge Road
    Cooper City

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)     B. Date of Delivery
                                           1-30-5

C. Signature
X _____     ☐ Agent
                      ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

RECEIVED
OCT 0 4 2005
BY _____

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)   7000 1670 0011 7515 5280

PS Form 3811, March 2001     Domestic Return Receipt     102595-01-M-1424