UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION,<br><br>    Plaintiff<br><br>    v.<br><br>RICHARD C. HEIDLAGE, KOTIN CRABTREE AND STRONG, LLP; CHARLES N. ZALIS, individually; CHARLES N. ZALIS, in his capacity as General Partner of the CHARLES N. ZALIS FAMILY LIMITED PARTNERSHIP; and NORTH AMERICAN UNDERWRITING MANAGERS, INC.,<br><br>    Defendants. | CA No. 05-11780NMG |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Defendant, Richard C. Heidlage, in the above-referenced action.

*[signature]*
Richard M. Bluestein, BBO # 046840
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

Dated: November 30, 2005

2012\0001\158278.1