UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, </br></br> Plaintiff </br></br> v. </br></br> RICHARD C. HEIDLAGE; KOTIN, CRABTREE AND STRONG, LLP; CHARLES N. ZALIS; and NORTH AMERICAN UNDERWRITING MANAGERS, INC., </br></br> Defendants. | ) </br> ) </br> ) </br> ) Case No. 1:05 cv 11780 NMG </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF DISMISSAL OF CHARLES N. ZALIS

Westport Insurance Corporation ("Westport") serves this Notice of Dismissal of Charles N. Zalis pursuant to Fed.R.Civ.P. 41(a)(1), and in support states as follows:

1.  This is an insurance coverage declaratory judgment action concerning Westport's duty to defend and indemnify defendant Ricahard C. Heidlage in an action filed against him by defendants Charles N. Zalis and North American Underwriting Managers, Inc., in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida.

2.  Charles N. Zalis has not entered an appearance in this action or filed a response to the Complaint.

3.  Westport's attorneys received a letter dated November 8, 2005, from the attorney for Charles N. Zalis, which states that Mr. Zalis will not be proffering a defense in this action. Attached hereto is a true and accurate copy of said letter.

4.  Accordingly, Westport serves this notice pursuant to Fed.R.Civ.P. 41(a)(1), for dismissal, without prejudice, of Charles N. Zalis.

Respectfully submitted,

Westport Insurance Corporation

By: _____
One of the attorneys for Westport
Insurance Corporation

Steven J. Bolotin
BBO #564085
Morrison Mahoney LLP
250 summer Street
Boston, MA 02210
(617) 439-7500

Jeffrey A. Goldwater
Robert A. Chaney
Bollinger, Ruberry & Garvey
500 W. Madison St., Suite 2300
Chicago, IL 60661-2511
(312) 466-8000
(312) 466-8001 (fax)

## CERTIFICATE OF SERVICE

I, Robert A. Chaney, certify that on December _1_, 2005, the foregoing Westport Insurance Corporation's Notice of Dismissal of Charles N. Zalis, was served on counsel below by U.S. First Class Mail, postage prepaid.

_/s/ Robert A. Chaney_
Robert A. Chaney

Richard M. Bluestein
Krokidas & Bluestein LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

Nicholas M. Kelley
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031

Richard M. Bales, Jr.
Bales & Sommers, P.A.
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1881
Miami, FL 33131
(305) 372-1200
(305) 372-9008 (fax)

# BALES & SOMMERS, P.A.
## ATTORNEYS AT LAW

Richard M. Bales, Jr.
E-Mail: RBALESJR@ATTGLOBAL.NET

November 8, 2005

**VIA FACSIMILE**

Robert A. Chaney, Esq.
Bollinger, Ruberry & Garvey
Citicorp Center, Suite 2300
500 West Madison Street
Chicago, Illinois 60661-2511

    Re:    Westport Insurance Company v Richard C. Heidlage, et al
              Case No.: 05 CV 11780 NMG

Dear Mr. Chaney:

    I write on behalf of Charles Zalis in response to your letter dated November 4, 2005. Please be advised that Mr. Zalis will not be proffering a defense in the above-styled matter.

                              Sincerely,

                              Richard M. Bales, Jr.

RMBJR/klb

ONE BISCAYNE TOWER ♦ 2 SOUTH BISCAYNE BOULEVARD ♦ SUITE 1881 ♦ MIAMI, FLORIDA 33131
TELEPHONE: (305) 372-1200 ♦ FACSIMILE (305) 372-9008