FILED
IN CLERKS OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

2005 DEC 13  A II: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| WESTPORT INSURANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | **Case No. 1:05 cv 11780 NMG** |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD C. HEIDLAGE; KOTIN, CRABTREE AND STRONG, LLP; CHARLES N. ZALIS; and NORTH AMERICAN UNDERWRITING MANAGERS, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR ENTRY OF DEFAULT AGAINST
### NORTH AMERICAN UNDERWRITING MANAGERS, INC.

Westport Insurance Corporation ("Westport"), by its undersigned attorneys, moves

pursuant to Fed.R.Civ.P. 55(a), for entry of default against Defendant North American

Underwriting Managers, Inc., and in support thereof, states as follows:

1.    In this insurance coverage declaratory judgment action filed on August 29, 2005,

Westport seeks a declaration of its obligation, if any, to defend and indemnify defendant

Ricahard C. Heidlage in an action filed against him by defendants Charles N. Zalis and North

American Underwriting Managers, Inc. ("North American"), in the Circuit Court of the 11th

Judicial Circuit in and for Miami-Dade County, Florida, Case No. 03-011784 CA 30.

2.    On September 30, 2005, North American, a dissolved Florida corporation, was

served by registered mail with Summons and Complaint through its former registered agent,

president and director, Charles N. Zalis, also a plaintiff in the underlying state court action and

formerly a defendant in this action.  A true and accurate copy of the return of service filed in this

Court is attached hereto.

3.    North American's responsive pleading was due on October 20, 2005. North American has not filed a responsive pleading, nor has it filed a motion for an extension of time in which to do so.

4.    North American is represented in the underlying state court action in Florida by Martin L. Nathan, Esq., of Martin L. Nathan, P.A., 444 Brickell Avenue, Suite 1000, Miami, Florida 33131.

5.    On November 4, 2005, counsel for Westport sent a letter by facsimile and first class mail to Mr. Nathan to remind him of North American's overdue responsive pleading. Mr. Nathan did not respond to the letter.

6.    Accordingly, Westport requests entry of default against North American Underwriting Managers, Inc. pursuant to Fed.R.Civ.P. 55(a).

Respectfully submitted,

Westport Insurance Corporation

By: _____
One of the attorneys for Westport
Insurance Corporation

Steven J. Bolotin
BBO #564085
Morrison Mahoney LLP
250 summer Street
Boston, MA 02210
(617) 439-7500

Jeffrey A. Goldwater
Robert A. Chaney
Bollinger, Ruberry & Garvey
500 W. Madison St., Suite 2300
Chicago, IL 60661-2511
(312) 466-8000
(312) 466-8001 (fax)

## CERTIFICATE OF SERVICE

I, Robert A. Chaney, certify that on December 12, 2005, the foregoing Motion for

Entry of Default Against North American Underwriting Managers, Inc. was served on counsel

below by U.S. First Class Mail, postage prepaid.

_____
Robert A. Chaney

Richard M. Bluestein
Krokidas & Bluestein LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

Nicholas M. Kelley
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031

Martin L. Nathan, Esq.
Martin L. Nathan, P.A.
444 Brickell Avenue
Suite 1000
Miami, Florida 33131

**LONG ARM AFFIDAVIT OF SERVICE OF STEVEN J. BOLOTIN, REGARDING SERVICE OF COMPLAINT UPON CHARLES N. ZALIS, AGENT FOR NORTH AMERICAN UNDERWRITING MANAGERS, INC.**

I, Steven J. Bolotin, of the law firm of Morrison Mahoney LLP, attorneys for the plaintiff, Westport Insurance Corporation, in the above-captioned action hereby certify, under the pains and penalties of perjury, that I have taken the following steps to serve the defendant, Charles N. Zalis, as Agent for North American Underwriting Managers, Inc., under the provisions of Massachusetts General Laws, c.233A as amended and the Federal Rules of Civil Procedure.

    1.    On September 28, 2005, I sent a copy of the Complaint and Summons, ("the process") to Mr. Charles N. Zalis, 3603 Bridge Raod, Cooper City, FL 33026, via Certified mail, Return Receipt Requested. The letter and return receipts signed by a representative of Charles N. Zalis is attached as Exhibit "A".

    2.    Therefore, Charles N. Zalis, as agent for North American Underwriting Managers, Inc., has been served, with the summons and complaint, in accordance with the Massachusetts Long Arm Statute and M.R.C.P. 4.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5th DAY OF OCTOBER, 2005.**

STEVEN J. BOLOTIN

1145310v1

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

WESTPORT INSURANCE CORPORATION

### SUMMONS IN A CIVIL ACTION

V.

RICHARD C. HEIDLAGE; KOTIN, CRABTREE AND STRONG, LLP;
CHARLES N. ZALIS, INDIVIDUALLY;
CHARLES N. ZALIS, IN HIS CAPACITY AS         CASE NUMBER:
GENERAL PARTNER OF THE CHARLES N. ZALIS FAMILY
LIMITED PARTNERSHIP and
NORTH AMERICAN UNDERWRITING MANAGERS, INC.

TO: (Name and address of Defendant)



North American Underwriting Managers, Inc.
3603 Bridge Road
Cooper City, FL 33026

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Bolotin, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617-439-7500

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                              9/28/05

CLERK                                          DATE

(By) DEPUTY CLERK

# EXHIBIT A

# MORRISON MAHONEY LLP

### COUNSELLORS AT LAW

Steven J. Bolotin
Direct Dial: 617-737-8878
Direct Fax: 617-342-4943
sbolotin@morrisonmahoney.com

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD
NEW YORK
NEW YORK
NEW JERSEY
PARSIPPANY
ENGLAND
LONDON

September 28, 2005

*Certified Mail*
*Return Receipt Requested*
*No. 7000 1670 0011 7515 5280*

Charles N. Zalis
3603 Bridge Road
Cooper City, FL 33026

Re:   Westport Insurance Corporation
Vs:   Richard C. Heidlage, Koltin, Crabtree and Strong, LLP, Charles N. Zais, Individually and
      as General Partner of Charles N. Zalis Family Limited Partnership and North American
      Underwriting Managers, Inc.
      Our File: 10019858

Dear Mr. Zalis:

Pursuant to the provisions of Massachusetts General Laws, Chapter 223A, et seq., and the applicable provisions of Fed. R. Civ. P. 4(e), enclosed herewith please find a copy of a Summons together with a copy of the Complaint and Civil Cover Sheet which has been duly filed in the United States District Court, District of Massachusetts concerning the above-captioned case.

Please take notice that in accordance with this Summons and service of process, you have twenty (20) days after receipt of this Summons and Complaint, exclusive of the day you receive same, within which to file your Answer to this Complaint.

This service of process is made in conjunction with the Long-Arm Statute for service upon out of state defendants.

MORRISON MAHONEY LLP

September 28, 2005
Page 2

     In order that you may be properly protected in this action, please refer this matter to the immediate attention of your legal representative.

Very truly yours,

Steven J. Bolotin

SJB:sw
Enclosure

| SENDER: | | A. Received by (Please Print Clearly) | B. Date of Delivery |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | | | 1-31-5 |
| | | C. Signature X | ☐ Agent ☐ Addressee |
| 1. Article Addressed to: Charles N Zalis 3603 Bridge Road Cooper City FL | | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No | |
| | | 3. Service Type ☐ Certified Mail  ☐ Express Mail ☐ Registered  ☐ Return Receipt for Merchandise ☐ Insured Mail  ☐ C.O.D. | |
| | | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number (Transfer from service label) | By 7000 1670 0011 7515 5280 | | |
| PS Form 3811, March 2001 | Domestic Return Receipt | | 102595-01-M-1424 |

RECEIVED
OCT 0 4 2005