UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WestPort Insurance Corporation<br>　　　　　　Plaintiff<br><br>V.<br><br>North American Underwriting Managers, Inc.<br>　　　　　　Defendant | CIVIL ACTION<br><br>NO. 05-11780 NMG |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Westport Insurance Corporation for an order of Default for failure of the Defendant, North American Underwriting Mangers, Inc. , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 5th day of January, 2006 .

　　　　　　　　　　　　　　　　　　　SARAH A. THORNTON
　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By:   /s/ Elizabeth E. Sonnenberg
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Notice mailed to:
North American Underwriting Managers, Inc.
3603 Bridge Road
Cooper City, FL 33026