UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 05CV11780-NMG

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| RICHARD C. HEIDLAGE; KOTIN CRABTREE AND STRONG, LLP; CHARLES N. ZALIS; and NORTH AMERICAN UNDERWRITING MANAGERS, INC., | ) ) ) ) ) |
| Defendants. | ) ) ) |

**STIPULATION RE: KOTIN, CRABTREE & STRONG, LLP
AND INITIAL DISCLOSURES PURSUANT TO F. R. CIV. P. 26(a)(1)**

The parties hereby stipulate and agree that the defendant Kotin, Crabtree & Strong, LLP shall not be required to make any initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

By their respective attorneys,

/s/ Nicholas M. Kelley
Nicholas M. Kelley, BBO#265640
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031

   Attorneys for Defendant Kotin,
   Crabtree & Strong, LLP

/s/ Richard M. Bluestein
Richard M. Bluestein, BBO#046840
Krodidas & Bluestein LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

   Attorneys for Defendant Richard C. Heidlage

Dated: May 9, 2006

/s/ Robert A. Chaney
Robert A. Chaney
Jeffrey A. Goldwater
Bollinger, Ruberry & Garvey
500 W. Madison Street, Suite 2300
Chicago, IL 60661-2511
(312) 466-8000

Steven J. Bolotin, BBO#551255
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

   Attorneys for Plaintiff
   Westport Insurance Corporation