UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION )<br>)<br>)<br>v. )<br>)<br>RICHARD C. HEIDLAGE; KOTIN, )<br>CRABTREE AND STRONG, LLP; )<br>CHARLES N. ZALIS, individually; )<br>CHARLES N. ZALIS, in his capacity as )<br>General Partner of the CHARLES N. )<br>ZALIS FAMILY LIMITED PARTNERSHIP; )<br>and NORTH AMERICAN )<br>UNDERWRITING MANAGERS, INC. ) | Case No. 05CV11780NMG |

## CERTIFICATION OF WESTPORT INSURANCE CORPORATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certifies, pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

WESTPORT INSURANCE CORPORATION
By

_____
Name: Ellen A. McCarthy
Title: Sr. Claim Specialist

Its Attorneys,

_____
Steven J. Bolotin, BBO#564085
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210
Tel. (617) 439-7500

- and -

Jeffrey A. Goldwater
Robert A. Chaney
Bollinger, Ruberry & Garvey

500 W. Madison St.
Suite 2300
Chicago, Illinois 60661
(312) 466-800

500 W. Madison St.
Suite 2300
Chicago, Illinois 60661