UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WESTPORT INSURANCE CORPORATION,** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**RICHARD C. HEIDLAGE, et al.,** )<br>)<br>Defendants. )<br>_____ ) | CA No. 05-11780NMG |

## WESTPORT'S MOTION TO RESET
## INITIAL SCHEDULING CONFERENCE

Westport Insurance Corporation ("Westport"), by its undersigned attorneys, hereby respectfully moves to reset the initial scheduling conference in this matter, and in support thereof, states as follows:

1. The initial scheduling conference was originally scheduled in this matter for May 11, 2006.

2. On May 2, 2006, the Court reset the conference for May 26, 2006.

3. Robert A. Chaney, lead counsel for Westport, will be on vacation out of the country from May 20, 2006 to May 30, 2006. Air transportation for the trip was arranged in January 2006.

Accordingly, Westport respectfully requests that the Court reset the initial scheduling conference for its earliest available date after May 30, 2006, to enable Mr. Chaney to participate in the conference.

Westport further requests that Mr. Chaney be allowed to participate in the conference by telephone, which request this Court has previously granted.

                Respectfully submitted,

                Westport Insurance Corporation

                By: /s/sbolotin
                    One of its Attorneys

Steven J. Bolotin
BBO #564085
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Jeffrey A. Goldwater
Robert A. Chaney
Bollinger, Ruberry & Garvey
500 W. Madison St.
Suite 2300
Chicago, Illinois 60661
(312) 466-800
(312) 466-8001 (fax)