UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, ) ) ) Plaintiff ) ) v. ) ) RICHARD C. HEIDLAGE; KOTIN, ) CRABTREE AND STRONG, LLP; ) CHARLES N. ZALIS; and NORTH ) AMERICAN UNDERWRITING ) MANAGERS, INC., ) ) Defendants. ) | Case No. 1:05 cv 11780 NMG |

## CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned, counsel to Defendant, Richard C. Heidlage, hereby certifies and affirms that the undersigned have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the above litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Richard C. Heidlage
Richard C. Heidlage

Dated: 5/2/06

RICHARD C. HEIDLAGE,
By his attorneys,

/s/ Richard M. Bluestein
Richard M. Bluestein BBO No. 046840
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

2012\0001\162844.1