UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 05CV11780NMG

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| RICHARD C. HEIDLAGE; KOTIN CRABTREE AND STRONG, LLP; CHARLES N. ZALIS and NORTH AMERICAN UNDERWRITING MANAGERS, INC. | ) |
| Defendants. | ) |

## KOTIN, CRABTREE & STRONG, LLP'S RULE 16.1(D)(3) CERTIFICATE

Pursuant to Rule 16.1(D)(3) of the Local Rules of this Court, the defendant Kotin, Crabtree & Strong, LLP and its counsel Nicholas M. Kelley hereby state that they have conferred (a) to review the expected costs of conducting the full course and various alternative courses of the litigation with a view toward establishing a budget for same; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

KOTIN, CRABTREE & STRONG, LLP

By: /s/ Partner

Nicholas M. Kelley, BBO#265640
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031

Date: May 3, 2006