**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil  No.   1:05-CV-11780

Title: Westport Insurance Corporation vs. North American Underwriting Managers, Inc.

**N O T I C E**

Please take notice that the above-entitled case previously assigned to Judge Gorton has been transferred to Judge Woodlock for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials DPW.

Thank you for your cooperation in this matter.

                                    SARAH A. THORNTON
                                    CLERK OF COURT


                        By:   /s/ Elizabeth E. Sonnenberg
                              Deputy Clerk

Date:  8/1/2006