UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTPORT INSURANCE CORPORATION, )
)
       Plaintiff       )
)
      v.                     ) CIVIL ACTION NO. 05-11780-NMG
)
RICHARD C. HEIDLAGE, ET AL, )
)
       Defendants    )

ORDER OF RECUSAL

GORTON, D.J.

    Judge Gorton hereby recuses himself in this action because he has a prior personal relationship with defendant, Richard C. Heidlage.

                                     BY ORDER OF THE COURT,

                                     _____
                                     Deputy Clerk

DATED: 8/2/2006