UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RICHARD C. HEIDLAGE, KOTIN, CRABTREE AND STRONG, LLP, AND NORTH AMERICAN UNDERWRITING MANAGERS, INC.<br><br>　　　　　　　Defendants. | CIVIL ACTION NO.<br>1:05-cv-11780 NMG |

## STIPULATION AS TO TIME TO RESPOND TO
## MOTION FOR SUMMARY JUDGMENT

The parties hereby stipulate and agree that the time within which Heidlage shall have to respond to Westport's Motion for Summary Judgment shall be extended to October 13, 2006. As grounds for this stipulation, the parties state that they have agreed that Westport would produce its claim file and that Heidlage's response to Westport's Motion for Summary Judgment would be due thirty days following the deposition of Westport claim representative Ellen McCarthy, which is scheduled for September 13, 2006, at 10:00 a.m.

　　　　　　　　　　　　　　　　　　　RICHARD C. HEIDLAGE
　　　　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　　　　/s/ Richard M. Bluestein

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Richard M. Bluestein, BBO#046840
　　　　　　　　　　　　　　　　　　　KROKIDAS & BLUESTEIN LLP
　　　　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　　　　(617) 482-7211

                    WESTPORT INSURANCE CORPORATION

                    /s/ Steven J. Bolotin
                    _____

                    Steven J. Bolotin, BBO#564085
                    MORRISON MAHONEY LLP
                    250 Summer Street
                    Boston, MA 02210
                    (617) 439-7500

                    Jeffrey A. Goldwater
                    Robert A. Chaney
                    BOLLINGER, RUBERRY & GARVEY
                    500 W. Madison St.
                    Suite 2300
                    Chicago, Il 60661
                    (312) 466-8000

Dated: August 9, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the foregoing document was served upon counsel of record for each party hereto by the Court's electronic filing system on this 9th day of August, 2006.

                    /s/ Richard M. Bluestein
                    _____
                    Richard M. Bluestein

2012\0001\187401.3