UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>RICHARD C. HEIDLAGE, KOTIN, CRABTREE AND STRONG, LLP, AND NORTH AMERICAN UNDERWRITING MANAGERS, INC.<br><br>  Defendants. | CIVIL ACTION NO.<br>1:05-cv-11780 DPW |

**ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO RENEWED MOTION FOR SUMMARY JUDGMENT**

Plaintiff Richard C. Heidlage hereby moves, with the assent of Plaintiff Westport Insurance Corporation, to enlarge the time Heidlage shall have to respond to Westport's Renewed Motion for Summary Judgment to October 18, 2007. As grounds for this motion, Heidlage states that the parties are engaged in settlement discussions and require additional time to complete them.

RICHARD C. HEIDLAGE
By his attorney,

/s/ Richard M. Bluestein

---
Richard M. Bluestein, BBO#046840
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

Dated: October 4, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon counsel of record for each party hereto by the Court's electronic filing system on this 4th day of October, 2007.

/s/ Richard M. Bluestein
_____
Richard M. Bluestein

2012\0001\212795.1