UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WESTPORT INSURANCE CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD C. HEIDLAGE, KOTIN, CRABTREE AND STRONG, LLP, AND NORTH AMERICAN UNDERWRITING MANAGERS, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      CIVIL ACTION NO.<br>)      1:05-cv-11780 DPW |

**ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO RENEWED MOTION FOR SUMMARY JUDGMENT**

Plaintiff Richard C. Heidlage hereby moves, with the assent of Plaintiff Westport Insurance Corporation, to enlarge the time Heidlage shall have to respond to Westport's Renewed Motion for Summary Judgment to October 29, 2007. As grounds for this motion, Heidlage states that the parties continue to be engaged in settlement discussions and require additional time to complete them.

                                                        RICHARD C. HEIDLAGE
                                                        By his attorney,

                                                        /s/ Richard M. Bluestein

                                                        _____
                                                        Richard M. Bluestein, BBO#046840
                                                        KROKIDAS & BLUESTEIN LLP
                                                        600 Atlantic Avenue
                                                         Boston, MA  02210
                                                        (617) 482-7211

Dated:  October 18, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing document was served upon counsel of record for each party hereto by the Court's electronic filing system on this 18th day of October, 2007.

/s/ Richard M. Bluestein
_____
Richard M. Bluestein

2012\0001\213286.1