UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>RICHARD C. HEIDLAGE, KOTIN, CRABTREE AND STRONG, LLP, AND NORTH AMERICAN UNDERWRITING MANAGERS, INC.<br><br>                Defendants. | CIVIL ACTION NO.<br>1:05-cv-11780 DPW |

### ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO RENEWED MOTION FOR SUMMARY JUDGMENT

Plaintiff Richard C. Heidlage hereby moves, with the assent of Plaintiff Westport Insurance Corporation, to enlarge the time Heidlage shall have to respond to Westport's Renewed Motion for Summary Judgment to November 19, 2007. As grounds for this motion, Heidlage states that the parties continue to be engaged in settlement discussions, are making progress, and require additional time to complete them.

                                                RICHARD C. HEIDLAGE
                                                By his attorney,

                                                /s/ Richard M. Bluestein

                                                Richard M. Bluestein, BBO#046840
                                                KROKIDAS & BLUESTEIN LLP
                                                600 Atlantic Avenue
                                                Boston, MA 02210
                                                (617) 482-7211

Dated: October 29, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon counsel of record for each party hereto by the Court's electronic filing system on this 29th day of October, 2007.

/s/ Richard M. Bluestein
_____
Richard M. Bluestein

2012\0001\213838.1