UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTPORT INSURANCE
CORPORATION,

        Plaintiff,

        v.

RICHARD C. HEIDLAGE, KOTIN,
CRABTREE AND STRONG, LLP, AND
NORTH AMERICAN UNDERWRITING
MANAGERS, INC.

        Defendants.

CIVIL ACTION NO.
1:05-cv-11780 DPW

## ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO RENEWED MOTION FOR SUMMARY JUDGMENT

Plaintiff Richard C. Heidlage hereby moves, with the assent of Plaintiff Westport

Insurance Corporation, to enlarge the time Heidlage shall have to respond to Westport's

Renewed Motion for Summary Judgment to December 7, 2007.  As grounds for this motion,

Heidlage states that the parties have negotiated an agreement in principle and now seek this

additional time to provide an opportunity to Great American Insurance Company, with which

Westport is now sharing defense costs, to comment.  Great American has been previously

apprised of the instant litigation and have not pursued it in any way.

RICHARD C. HEIDLAGE
By his attorney,

/s/ Richard M. Bluestein

Richard M. Bluestein, BBO#046840
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 482-7211

Dated:  November 19, 2007

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon counsel of record for each party hereto by the Court's electronic filing system on this 19th day of November, 2007.


/s/ Richard M. Bluestein

_____

Richard M. Bluestein


2012\0001\215074.1