UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD C. HEIDLAGE, KOTIN, CRABTREE AND STRONG, LLP, AND NORTH AMERICAN UNDERWRITING MANAGERS, INC. <br><br> Defendants. | CIVIL ACTION NO. <br> 1:05-cv-11780 DPW |

### ORDER OF DISMISSAL

In accordance with and governed by the stipulation of the parties dated December 7, 2007, all claims of Plaintiff Westport Insurance Corporation and all counterclaims of defendant Richard C. Heidlage are hereby DISMISSED.

Entered December 11, 2007

Douglas P. Woodlock
United States District Judge

2012\0001\213882.4