UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, ) ) ) Plaintiff ) ) v. ) ) RICHARD C. HEIDLAGE, et al., ) ) Defendants. ) ) | CA No. 1:05-cv-11780 DPW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Westport Insurance Corporation and Kotin, Crabtree & Strong, LLP, the remaining parties in the above-captioned action, hereby stipulate to the dismissal of all claims between them in this action with prejudice, all rights of appeal being waived, and each side to bear their own attorneys' fees and costs.

Respectfully submitted by,

WESTPORT INSURANCE CORPORATION        KOTIN, CRABTREE & STRONG, LLP

By its Attorneys                                        By its Attorneys


 /s/sbolotin                                              /s/nkelley
Steven J. Bolotin, BBO #564085                Nicholas M. Kelley, BBO #265640
Morrison Mahoney LLP                            Kotin, Crabtree & Strong, LLP
250 Summer Street                                   One Bowdoin Sq. 8th Floor
Boston, MA  02210                                   Boston, MA  02114
(617)439-7500                                           617) 227-7031


George A. Manos
Robert A. Chaney
Bollinger, Ruberry& Garvey
500 W. Madison St.
Suite 2300
Chicago, Illinois 60661
(312) 466-800
(312) 466-8001 (fax)

1084282v1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

      By:   */s/ Steven J. Bolotin*
             Steven J. Bolotin